IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL GREEN,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.

    Defendants.

ORDER

Case No. 24-cv-874-wmc

---

MICHAEL GREEN,

    Plaintiff,

v.

DANE COUNTY, et al.

    Defendants.

ORDER

Case No. 24-cv-875-wmc

---

Plaintiff Michael Green has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiff Michael Green's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

  Entered this 11th day of December, 2024.

      BY THE COURT:


      /s/
      ANDREW R. WISEMAN
      United States Magistrate Judge